UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   **CV 19-10262 MWF (Ex)**                                Date: February 18, 2020

Title      **United States of America v. City of Los Angeles, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on December 3, 2019.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on March 2, 2020.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 2, 2020**.

■ BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendant.

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R.  Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, the date service was tendered to a process server and the date service was first attempted by the process server.  Failure to timely file a Proof of Service, or request an extension of time to do so, will result in the dismissal of this action on **MARCH 3, 2020.**

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 19-10262 MWF (Ex)**                                      Date: February 18, 2020

Title          **United States of America v. City of Los Angeles, et al.**

- ■ BY DEFENDANT:  RESPONSE TO THE COMPLAINT ("Response") by Defendant who has been served.

If the Proof of Service requires Defendant's future Response, and if Defendant does not timely file such a Response, Plaintiff must file an Application to Clerk to Enter Default ("Default Application") within five days after that Response due date.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

- ■ BY PLAINTIFF:  DEFAULT APPLICATION for Defendant who has not timely responded to the Complaint.

If the Proof of Service reflects that Defendant's time to respond to the Complaint has already expired, Plaintiff must **concurrently** file a Default Application.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm