UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; AND DOES 1 TO 10,<br><br>　　　　Defendant. | No. CV 19-10262 MWF (Ex)<br><br>**PROTECTIVE ORDER**<br><br>Honorable Charles F. Eick<br>United States Magistrate Judge |

## **ORDER**

The Court, having read and considered the parties' Stipulation for Protective Order, and for the reasons stated in the Stipulation as well as for good cause shown,

IT IS HEREBY ORDERED that Protected Material, as defined in the Stipulation, may be disclosed by the parties and used pursuant to and in accordance with the Stipulation.

Dated: 10/15/2021

/s/ CHARLES F. EICK
_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
KEVIN B. FINN
Assistant United States Attorney

 /s/ Paul B. Green
PAUL B. GREEN
DAMON A. THAYER
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America